# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 1/4/2019  DAY: Friday  START TIME: 11:04 AM  END TIME: 11:32 AM
JUDGE/MAG.: S. Crocker  CLERK: K. Frederickson  REPORTER: FTR
PROBATION OFFICER: M. Johnson  INTERPRETER: ____  SWORN: YES ☐ NO ☐
CASE NUMBER: 18-cr-166-wmc-1  CASE NAME: USA v. Joseph Harper

**APPEARANCES:**
ASST. U.S. ATTY.: Aaron Wegner  DEFENDANT ATTY.: Greg Dutch

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1, 8 ; 40 YR(S) IMPRISONMENT; $ 5,000,000 FINE;
Life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: ____  ☐ INDICTMENT/INFORMATION READ  ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☐ GUILTY
- ☒ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: ____  TRIAL ESTIMATE: ____ DAYS
PTMH/EVID. HRG.: ____  MOTIONS DUE: ____
FPTC: ____  FPTC SUBMISSIONS: ____
FINAL HEARING: ____

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: ____  OBJECTIONS DUE: ____
SENTENCING: ____ at ____

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ____

**NOTES:**

TOTAL COURT TIME: 28 min.